©COPY

```
FILED
CLERK U.S. DISTRICT COURT

AUG 28 2012

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY
```

1   ADRIAN M. PRUETZ - State Bar No. 118215
apruetz@glaserweil.com
2   ERICA J. VAN LOON - State Bar No. 227712
evanloon@glaserweil.com
3   JESSICA A. WOOD - State Bar No. 269562
jwood@glaserweil.com
4   GLASER WEIL FINK JACOBS
      HOWARD AVCHEN & SHAPIRO LLP
5   10250 Constellation Boulevard, 19th Floor
Los Angeles, California 90067
6   Telephone:  (310) 553-3000
Facsimile:  (310) 556-2920
7
Attorneys for Plaintiff
8   *Shuffle Master, Inc.*

9              UNITED STATES DISTRICT COURT

10             CENTRAL DISTRICT OF CALIFORNIA

11                   WESTERN DIVISION

**CV12-07399** -RGK(SHx)

12   SHUFFLE MASTER, INC., a Minnesota     CASE NO.:
13   corporation,

14              Plaintiff,                   **COMPLAINT FOR:**

15   v.
                                            1. **TRADEMARK**
16   VIADEN GAMING LIMITED, a Minsk            **INFRINGEMENT**
corporation, and ARAWELLA
17   CORPORATION, an Illinois corporation,  2. **FEDERAL UNFAIR**
                                               **COMPETITION**
18              Defendants.
                                            3. **COPYRIGHT INFRINGEMENT**
19
                                            4. **CALIFORNIA STATUTORY**
20                                             **UNFAIR COMPETITION**

21                                          5. **CALIFORNIA COMMON LAW**
                                               **UNFAIR COMPETITION**
22

23                                          **[JURY TRIAL DEMANDED]**

24

25

26

27

28

Glaser Weil Fink Jacobs
Howard Avchen & Shapiro LLP

COMPLAINT

776478

1    Plaintiff Shuffle Master, Inc. ("SMI" or "Plaintiff") submits the following
2  Complaint against Defendants Viaden Gaming Limited ("Viaden") and Arawella
3  Corporation ("Arawella") (collectively, "Defendants"), and alleges as follows:

### JURISDICTION AND VENUE

5    1.    This Complaint arises under the laws of the United States, specifically
6  the trademark laws of the United States, 15 U.S.C. §1114 *et seq.* and the copyright
7  laws of the United States, 17 U.S.C. §101 *et seq.* This Court has original jurisdiction
8  of this action under 15 U.S.C. §1121 and 28 U.S.C. §§ 1331 and 1338.  This Court
9  has supplemental jurisdiction under 28 U.S.C. § 1367 because the claims are so
10  related as to form part of the same case or controversy.

11    2.    This Court has personal jurisdiction over Viaden because Viaden solicits,
12  transacts and does business in California and this District, a substantial part of the
13  wrongful acts or omissions complained of occurred in this District, and Viaden is
14  subject to personal jurisdiction in this District.  Viaden purposefully directed its
15  activities toward this District when it willfully infringed SMI's intellectual property
16  rights, specifically targeted consumers here, and a substantial part of the harm was
17  felt in this District.

18    3.    This Court has personal jurisdiction over Arawella because Arawella
19  solicits, transacts and does business in California and this District, a substantial part
20  of the wrongful acts or omissions complained of occurred in this District, and
21  Arawella is subject to personal jurisdiction in this District.  Arawella purposefully
22  directed its activities toward the this District when it willfully infringed SMI's
23  intellectual property rights, specifically targeted consumers here, and a substantial
24  part of the harm was felt in this District.

25    4.    Venue is proper in the United States District Court for the Central
26  District of California under  28 U.S.C. §§ 1391(b) and (c).

### THE PARTIES

28    5.    Plaintiff SMI is a Minnesota corporation with its principal place of

Glaser Weil Fink Jacobs
Howard Avchen & Shapiro LLP

776478

1  business at 1106 Palms Airport Drive, Las Vegas, Nevada 89119.

2     6.     On information and belief, Defendant Viaden is a Minsk, Belarus

3  corporation doing business at Mogilevskaya str. 2-1, 2nd floor, Minsk 220007,

4  Belarus.

5     7.     On information and belief, Defendant Arawella is an Illinois corporation

6  doing business at 9624 S. Cicero Avenue, Unit 408, Oak Lawn, Illinois 60453.

7                          **FACTUAL ALLEGATIONS**

8              **SMI's Proprietary Games and Intellectual Property**

9     8.     For decades, SMI has been a leading global supplier of innovative

10 products and technologies for the gaming industry.  Among other assets, SMI owns a

11 substantial portfolio of proprietary casino table games, electronic table systems,

12 electronic gaming machines and website games, which feature online versions of

13 SMI's table games as well as online play-for-fun games, and associated intellectual

14 property rights.

15    9.     SMI developed the popular casino games entitled Let It Ride, Three Card

16 Poker which features a side bet entitled Pair Plus, Casino War, Caribbean Stud Bonus

17 and Caribbean Stud Poker (individually and collectively, the "SMI Games").

18    10.    SMI has developed and continues to develop electronic versions of its

19 proprietary games, including the SMI Games, for use in connection with online

20 casinos, social gaming sites and mobile applications.

21    11.    SMI licenses the SMI Games to casino operators located in California,

22 throughout the United States and internationally.

23    12.    In particular, SMI's proprietary games, including the SMI Games, are

24 extensively licensed to Indian Gaming Casinos throughout Southern California and

25 this District.

26    13.    SMI earns a substantial portion of its business revenue through licensing

27 the intellectual property associated with SMI's games, including the SMI Games.

28    14.    SMI is registered to do business in California through the California

Glaser Weil Fink Jacobs
Howard Avchen & Shapiro LLP

1   Secretary of State.

2       15.    In addition, SMI is registered to do business in fifty-eight counties in
3   California, including every single county in this District.

4       16.    Further, SMI's products and related services in California and this
5   District are subject to stringent regulation and approval procedures by the California
6   Gambling Control Commission ("CGCC"). Accordingly, SMI has received several
7   licenses from the CGCC, including Manufacturer & Distributor of Gambling
8   Equipment – Vendor and Gaming Vendor Provider. Additionally, SMI is a registered
9   manufacturer and distributor and is included on the CGCC's list of Gaming Resource
10  Suppliers (Vendors) Found Suitable by the CGCC.

11  **SMI's Trademarks**

12      17.    SMI is the owner of several common law and federally registered
13  trademarks which it has continuously used in California and nationwide in connection
14  with entertainment services and games, including the game titles, Let It Ride, Three
15  Card Poker and the Pair Plus proprietary side bet featured in SMI's Three Card Poker
16  game, Casino War, Caribbean Stud Bonus and Caribbean Stud Poker.

17      18.    SMI is the owner of a federal trademark registration, Reg. No. 1,840,102
18  issued by the United States Patent and Trademark Office ("USPTO") on June 14,
19  1994, for "Let It Ride" for use on or in connection with "entertainment services;
20  namely, providing facilities and resources, including instructions, for playing card
21  games." Affidavits have been filed pursuant to Sections 8 and 15 of the Lanham Act,
22  15 U.S.C. §§ 1058 and 1065, and this registration is incontestable. Attached hereto as
23  Exhibit 1 is a true and correct copy of the Certificate of Registration for this mark.

24      19.    SMI is the owner of a federal trademark registration, Reg. No. 2,178,254
25  issued by the USPTO on August 4, 1998, for "Let It Ride" for use on or in connection
26  with "computer software for playing games; and video game discs recorded on CD
27  ROM." Affidavits have been filed pursuant to Sections 8 and 15 of the Lanham Act,
28  15 U.S.C. §§ 1058 and 1065, and this registration is incontestable. Attached hereto as

Glaser Weil Fink Jacobs
Howard Avchen & Shapiro LLP

1   Exhibit 2 is a true and correct copy of the Certificate of Registration for this mark.

2        20.    SMI is the owner of a federal trademark registration, Reg. No. 2,183,895

3   issued by the USPTO on August 25, 1998, for "Let It Ride" for use on or in

4   connection with "entertainment services, namely, conducting games of chance on

5   casino premises." Affidavits have been filed pursuant to Sections 8 and 15 of the

6   Lanham Act, 15 U.S.C. §§ 1058 and 1065, and this registration is incontestable.

7   Attached hereto as Exhibit 3 is a true and correct copy of the Certificate of

8   Registration for this mark.

9        21.    SMI is the owner of a federal trademark registration, Reg. No. 2,605,107

10  issued by the USPTO on August 6, 2002, for "Let It Ride" for use on or in connection

11  with "lottery tickets and game tickets for playing instant games of chance."

12  Affidavits have been filed pursuant to Sections 8 and 15 of the Lanham Act, 15

13  U.S.C. §§ 1058 and 1065, and this registration is incontestable. Attached hereto as

14  Exhibit 4 is a true and correct copy of the Certificate of Registration for this mark.

15       22.    SMI is the owner of a federal trademark registration, Reg. No. 2,182,290

16  issued by the USPTO on August 18, 1998, for the "Let It Ride 10 J Q K A 1 2 $"

17  Design depicted below for use on or in connection with "entertainment services,

18  namely, conducting games of chance on casino premises." Affidavits have been filed

19  pursuant to Sections 8 and 15 of the Lanham Act, 15 U.S.C. §§ 1058 and 1065, and

20  this registration is incontestable. Attached hereto as Exhibit 5 is a true and correct

21  copy of the Certificate of Registration for this mark.



27       23.    SMI is the owner of a federal trademark registration, Reg. No. 2,558,783

28  issued by the USPTO on April 9, 2002, for the "Let It Ride Bonus 12$ A K Q J 10"

Glaser Weil Fink Jacobs
Howard Avchen & Shapiro LLP

776478

Design depicted below for use on or in connection with "entertainment services, namely, conducting games of chance on casino premises." Affidavits have been filed pursuant to Sections 8 and 15 of the Lanham Act, 15 U.S.C. §§ 1058 and 1065, and this registration is incontestable. Attached hereto as Exhibit 6  is a true and correct copy of the Certificate of Registration for this mark.



24.    SMI is the owner of a federal trademark registration, Reg. No. 3,630,813 issued by the USPTO on June 2, 2009, for the "10 J Q K A 1 2 $ Let It Ride Bonus" Design depicted below for use on or in connection with "gambling machines, namely, stand alone, multiple player, interactive gaming machines with video output." Attached hereto as Exhibit 7  is a true and correct copy of the Certificate of Registration for this mark.



25.    SMI is the owner of a federal trademark registration, Reg. No. 2,100,875 issued by the USPTO on September 30, 1997, for the "10 J Q K A 12 $ Let It Ride The Tournament" Design depicted below for use on or in connection with "entertainment services, namely, promoting, arranging and providing facilities for card game play-off events." Affidavits have been filed pursuant to Sections 8 and 15 of the Lanham Act, 15 U.S.C. §§ 1058 and 1065, and this registration is incontestable. Attached hereto as Exhibit 8  is a true and correct copy of the Certificate of Registration for this mark.

776478



26.     Reg. No. 1,840,102 for "Let It Ride," Reg. No. 2,178,254 for "Let It Ride," Reg. No. 2,183,895 for "Let It Ride," Reg. No. 2,605,107 for "Let It Ride," Reg. No. 2,182,290 for the "Let It Ride 10 J Q K A 1 2 $" Design, Reg. No. 2,558,783 for the "Let It Ride Bonus 12$ A K Q J 10" Design,  Reg. No. 3,630,813 for the "10 J Q K A 1 2 $ Let It Ride Bonus" Design and Reg. No. 2,100,875 for the "10 J Q K A 12 $ Let It Ride The Tournament" Design  are collectively the "LET IT RIDE" trademarks.

27.     SMI is the owner of a federal trademark registration, Reg. No. 3,011,356 issued by the USPTO on November 1, 2005, for the "Three Card Poker" Design depicted below for use on or in connection with "multiple player, stand alone interactive electronic game machine with video output."  Affidavits have been filed pursuant to Sections 8 and 15 of the Lanham Act, 15 U.S.C. §§ 1058 and 1065, and this registration is incontestable.  Attached hereto as Exhibit 9  is a true and correct copy of the Certificate of Registration for this mark.



28.     SMI is the owner of a federal trademark registration, Reg. No. 2,650,060 issued by the USPTO on November 12, 2002, for the "Three Card Poker" Design depicted below for use on or in connection with "software for the play of card games."  Affidavits have been filed pursuant to Sections 8 and 15 of the Lanham Act,

Glaser Weil Fink Jacobs
Howard Avchen & Shapiro LLP

776478

1   15 U.S.C. §§ 1058 and 1065, and this registration is incontestable.  Attached hereto as
2   Exhibit 10  is a true and correct copy of the Certificate of Registration for this mark.



8      29.   SMI is the owner of a federal trademark registration, Reg. No. 4,109,825
9   issued by the USPTO on March 6, 2012, for the "Three Card Poker" Design depicted
10  below for use on or in connection with "software for providing a game of chance on a
11  gaming platform that enables electronic credit wagering."  Attached hereto as Exhibit
12  11  is a true and correct copy of the Certificate of Registration for this mark.



18     30.   SMI is the owner of a federal trademark registration, Reg. No. 2,397,403
19  issued by the USPTO on October 24, 2000, for the "Three Card Poker" Design
20  depicted below for use on or in connection with "entertainment services; namely
21  providing live casino games in gaming establishments."  Affidavits have been filed
22  pursuant to Sections 8 and 15 of the Lanham Act, 15 U.S.C. §§ 1058 and 1065, and
23  this registration is incontestable.  Attached hereto as Exhibit 12  is a true and correct
24  copy of the Certificate of Registration for this mark.



Glaser Weil Fink Jacobs
Howard Avchen & Shapiro LLP

776478

31.     SMI is the owner of a federal trademark registration, Reg. No. 2,233,569 issued by the USPTO on March 23, 1999, for the "Three Card Poker" Design depicted below for use on or in connection with "playing cards, layout cloth, and instructions sold as a unit for playing casino card games." Affidavits have been filed pursuant to Sections 8 and 15 of the Lanham Act, 15 U.S.C. §§ 1058 and 1065, and this registration is incontestable. Attached hereto as Exhibit 13 is a true and correct copy of the Certificate of Registration for this mark.



32.     SMI is the owner of a federal trademark registration, Reg. No. 2,395,326 issued by the USPTO on October 17, 2000, for the Fan Design depicted below for use on or in connection with "entertainment services; namely providing live casino games in gaming establishments." Affidavits have been filed pursuant to Sections 8 and 15 of the Lanham Act, 15 U.S.C. §§ 1058 and 1065, and this registration is incontestable. Attached hereto as Exhibit 14 is a true and correct copy of the Certificate of Registration for this mark.



33.     SMI is the owner of a federal trademark registration, Reg. No. 2,036,848 issued by the USPTO on February 11, 1997, for the Fan Design depicted below for use on or in connection with "casino card games." Affidavits have been filed pursuant to Sections 8 and 15 of the Lanham Act, 15 U.S.C. §§ 1058 and 1065, and this registration is incontestable. Attached hereto as Exhibit 15 is a true and correct copy of the Certificate of Registration for this mark.

Glaser Weil Fink Jacobs
Howard Avchen & Shapiro LLP

776478



34.    Reg. No. 3,011,356 for the "Three Card Poker" Design, Reg. No. 2,650,060 for the "Three Card Poker" Design, Reg. No. 4,109,825 for the "Three Card Poker" Design, Reg. No. 2,397,403 for the "Three Card Poker" Design, Reg. No. 2,233,569 for the "Three Card Poker" Design, Reg. No. 2,395,326 for the Fan Design and Reg. No. 2,036,848 for the Fan Design are collectively the "THREE CARD POKER" trademarks.

35.    SMI is the owner of a federal trademark registration, Reg. No. 1,860,468 issued by the USPTO on October 25, 1994, for "Casino War" (hereinafter, "CASINO WAR") for use on or in connection with "card game." Affidavits have been filed pursuant to Sections 8 and 15 of the Lanham Act, 15 U.S.C. §§ 1058 and 1065, and this registration is incontestable. Attached hereto as Exhibit 16 is a true and correct copy of the Certificate of Registration for this mark.

36.    SMI is the owner of a federal trademark registration, Reg. No. 3,893,104 issued by the USPTO on December 21, 2010, for "Caribbean Stud Bonus" (hereinafter, "CARIBBEAN STUD") for use on or in connection with "entertainment services, namely providing live games of chance in gaming establishments." Attached hereto as Exhibit 17 is a true and correct copy of the Certificate of Registration for this mark.

37.    SMI is the owner of the common law trademark for "Pair Plus" (hereinafter, "PAIR PLUS"), which it has used continuously on or in connection with its proprietary games, including as a proprietary side bet in SMI's Three Card Poker game since at least 1995.

38.    SMI has extensively advertised, marketed and promoted the SMI Games using the LET IT RIDE, THREE CARD POKER, CASINO WAR, CARIBBEAN STUD and PAIR PLUS trademarks which has cemented the public's identification of

Glaser Weil Fink Jacobs
Howard Avchen & Shapiro LLP

1   LET IT RIDE, THREE CARD POKER, CASINO WAR, CARIBBEAN STUD and

2   PAIR PLUS as designating SMI's products in California and throughout the nation.

3       39.   In particular, consumers have come to recognize one or more distinctive

4   features as designating SMI products including but not limited to the LET IT RIDE,

5   THREE CARD POKER, CASINO WAR, CARIBBEAN STUD and PAIR PLUS

6   trade names and trademarks and various other SMI trademarks, logos and proprietary

7   designs; SMI's proprietary card shuffler; a half-circle shaped playing board; a broad

8   arc in the center of the board parallel to the table edge; the trade name of the game

9   and/or logo prominently displayed in the center of the board;  the Pair Plus side bet

10   portrayed as a hollow circle-shaped playing space with "Pair Plus" lettering inside;

11   game odds printed on the board; an overall color scheme of green, yellow, white and

12   red; and other non-functional elements incorporated into SMI's proprietary games.

### SMI's Copyrights

14       40.   SMI is the owner of copyrights in its proprietary Let It Ride Logo

15   depicted below, which was published as early as June 7, 1993.  On December 30,

16   2010, SMI registered the Let It Ride Logo with the United States Copyright Office,

17   Reg.  No. VA1754553.  Attached hereto as Exhibit 18  is a true and correct copy of

18   the Certificate of Registration for this work.



24       41.   SMI is also the owner of copyrights in its proprietary Three Card Poker

25   featuring Pair Plus Game Design and Layout, which was published as early as

26   January 1, 1996.  On July 28, 2009, SMI registered the Three Card Poker featuring

27   Pair Plus Game Design and Layout with the United States Copyright Office, Reg. No.

28   VA1680816.  Attached hereto as Exhibit 19  is a true and correct copy of the

Glaser Weil Fink Jacobs
Howard Avchen & Shapiro LLP

776478

1  Certificate of Registration for this work.



7      42.    SMI is the owner of copyrights in its proprietary Casino War Logo,

8  which was published as early as September 16, 1994.  On September 28, 2009, SMI

9  registered the Casino War Logo with the United States Copyright Office, Reg. No.

10  VA1687388.  Attached hereto as Exhibit 20  is a true and correct copy of the

11  Certificate of Registration for this work.



17      43.    SMI is the owner of copyrights in its proprietary Casino War Game

18  Design and Layout, which was published as early as April 22, 2000.  On September

19  28, 2009, SMI registered the Casino War Game Design and Layout with the United

20  States Copyright Office, Reg. No. VA1687394.  Attached hereto as Exhibit 21  is a

21  true and correct copy of the Certificate of Registration for this work.



27      44.    SMI is the owner of copyrights in its proprietary Caribbean Stud Poker

28  Logo, which was published as early as November 17, 2000.  On June 24, 2010, SMI

Glaser Weil Fink Jacobs
Howard Avchen & Shapiro LLP

776478

registered the Caribbean Stud Poker Logo with the United States Copyright Office, Reg. No. VA1724316. Attached hereto as Exhibit 22 is a true and correct copy of the Certificate of Registration for this work.



45.    SMI is the owner of copyrights in its proprietary Caribbean Stud Poker Game Design and Layout, which was published as early as November 17, 2000. On May 24, 2010, SMI registered the Caribbean Stud Poker Game Design and Layout with the United States Copyright Office, Reg. No. VA1716125. Attached hereto as Exhibit 23 is a true and correct copy of the Certificate of Registration for this work.



**Defendants' Wrongful and Infringing Conduct**

46.    SMI is informed and believes that Defendants manufacture, market, distribute, display and sell electronic games, web software applications ("apps") , and social and mobile gaming apps for the Apple iPhone, iTouch, and iPad as well as for Google and other mobile devices that use the Android operating system, including the games "Let 'em Ride;" "Poker Three – Three Card Poker" which includes a side bet entitled "Pair Plus;" "Card Wars;" "Caribbean Poker;" and multi-game apps including "Casino," "Casinomania," "10-in-1 Poker" and "Poker for iPad" (the "Infringing Apps").

Glaser Weil Fink Jacobs
Howard Avchen & Shapiro LLP

776478

Glaser Weil Fink Jacobs
Howard Avchen & Shapiro LLP

47.   SMI is informed and believes that Defendants distribute the Infringing Apps through Apple's iTunes App Store and on Google Play. On information and belief, Defendants developed, marketed, and/or sold the Infringing Apps for various devices.

48.   SMI is informed and believes that Defendants executed Registered Apple Developer Agreements with Apple Inc. and Developer Distribution Agreements with Google Inc., subjecting themselves to the laws of the State of California and to personal jurisdiction and venue in California.

49.   In addition, SMI is informed and believes that Defendants own and operate the website at www.Viaden.com/gaming-apps/overview.html, where Defendants distribute the Infringing Apps.

50.   Defendant Viaden's own Terms of Use are governed by "US Law" and contain a provision subjecting itself to personal jurisdiction and venue in California.

51.   Defendants are not licensed or authorized in any way to use the LET IT RIDE, THREE CARD POKER, CASINO WAR, CARIBBEAN STUD and PAIR PLUS marks, or any confusingly similar imitations thereof, in connection with the manufacture, marketing, distribution, display and sale of electronic games.

52.   On or about July 25, 2011, Defendant Viaden contacted SMI and requested a license to use three of SMI's "game concepts" including SMI's Three Card Poker, Let It Ride Bonus and Four Card Poker because Viaden wanted to develop its own confusingly similar Poker Three, Let 'em Ride and Four Card Poker games.  A few days later, on or about July 27, 2011, Viaden sent SMI proposed license terms.  However, when Viaden was unable to procure a license, Viaden thereafter developed and sold the Infringing Apps in bad faith despite knowing it did not have a license to do so.

53.   The Infringing Apps sold by Defendants are confusingly similar to and compete with the games sold by SMI and the parties' products are sold through overlapping channels of trade.

54.     Defendants' use, offer for sale and sale of confusingly similar imitations of SMI's Let It Ride, Three Card Poker featuring Pair Plus, Casino War, Caribbean Stud Bonus and Caribbean Stud Poker games, using the same or similar marks is likely to deceive, confuse and mislead purchasers and prospective purchasers into believing that the Infringing Apps sold by Defendants are manufactured by, authorized by, or in some manner associated with SMI, which they are not.  The likelihood of confusion, mistake and deception engendered by Defendants' misappropriation of SMI's trademarks is causing irreparable harm to the goodwill symbolized by these marks and the reputation for quality that they embody in California and in this District. On information and belief, Defendants continue to use, offer for sale and sell confusingly similar imitations of SMI's Let It Ride, Three Card Poker featuring Pair Plus, Casino War, Caribbean Stud Bonus and Caribbean Stud Poker games that compete with the games manufactured and sold by SMI.

55.     On information and belief, Defendants willfully, intentionally, and maliciously adopted and used confusingly similar imitations of SMI's LET IT RIDE, THREE CARD POKER, CASINO WAR, CARIBBEAN STUD and PAIR PLUS trademarks in connection with their Infringing Apps.

56.     In addition, SMI is informed and believes that Defendant Viaden also intentionally manufactures, markets, distributes, displays and sells Infringing Apps and software to third parties that are intended for incorporation into social gaming and online gambling websites in the United States and worldwide.  These Infringing Apps include the games "Let 'em Ride;" "Poker Three – Three Card Poker" which includes a side bet entitled "Pair Plus;" "Card Wars;" and "Caribbean Poker."  Further, Defendant Viaden advertises that its infringing online gambling apps and software offer "a wide variety of incredible online imitations of the most popular casino and poker games."  Viaden's advertisement and distribution of Infringing Apps and software that are intended for incorporation into third party websites encourages third parties to infringe SMI's intellectual property rights and Viaden's actions are

Glaser Weil Fink Jacobs
Howard Avchen & Shapiro LLP

776478

1  undertaken in bad faith.  SMI is informed and believes that Viaden distributes the

2  Infringing Apps and software at least to the following third party downstream

3  distributors for use in their casino gambling websites: BigCasino (jurisdiction: Italy),

4  Leo Vegas (jurisdiction: Malta), Casinover (jurisdiction: Isle of Man), Chaplin Games

5  (jurisdiction: Malta), Betcirca (jurisdiction: Malta), Juega Poker (jurisdiction:

6  Venezuela), Betsphone (jurisdiction: Malta), Funtasia Gaming (jurisdiction: Malta),

7  Juega Casino (jurisdiction: Venezuela), MagnetBet (jurisdiction: Costa Rica),

8  Olympic Golds.com (jurisdiction: Malta), Trada Casino (jurisdiction: Isle of Man)

9  and vikingautomatene.com (jurisdiction: Malta).  Attached hereto as Exhibit 24  is a

10  true and correct copy of a printout from the website http://online.casinocity.com/

11  software /viaden-gaming/all/ showing a list of some of the third-party distributors

12  worldwide who use and display Viaden's Infringing Apps and software in their casino

13  gambling websites.

14     57.    Further, Defendants mix and match key distinctive elements from

15  various SMI products, which consumers recognize as designating SMI products, to

16  intentionally mislead consumers including the LET IT RIDE, THREE CARD

17  POKER, CASINO WAR, CARIBBEAN STUD and PAIR PLUS trade names and

18  trademarks, or confusingly similar imitations thereof, and various other SMI

19  trademarks, logos and proprietary designs; SMI's proprietary card shuffler; a half-

20  circle shaped playing board; a broad arc in the center of the board parallel to the table

21  edge; the trade name of the game and/or logo prominently displayed in the center of

22  the board; the Pair Plus side bet; game odds displayed in the game; an overall color

23  scheme of green, yellow, white and red; and other non-functional elements

24  incorporated into SMI's proprietary games.

25     58.    Without authorization or permission from SMI, Defendants copied,

26  distributed advertised and/or sold and continue to copy, distribute, advertise and/or

27  sell unauthorized Let It Ride, Three Card Poker, Casino War, Caribbean Stud Bonus

28  and Caribbean Stud Poker games and apps, which are substantially similar to and

Glaser Weil Fink Jacobs
Howard Avchen & Shapiro LLP

copy protected elements of SMI's Games, including SMI's proprietary Let It Ride Logo, Three Card Poker featuring Pair Plus Game Design and Layout, Casino War Logo, Casino War Game Design and Layout, Caribbean Stud Poker Logo and Caribbean Stud Poker Game Design and Layout.

59. SMI is informed and believed Defendants copied protected elements of SMI's Games, including SMI's proprietary Let It Ride Logo, Three Card Poker featuring Pair Plus Game Design and Layout, Casino War Logo, Casino War Game Design and Layout, Caribbean Stud Poker Logo and Caribbean Stud Poker Game Design and Layout willfully and intentionally and with disregard for SMI's rights therein.

60. In addition, Defendants advertise the Infringing Apps for sale in California and nationwide.

61. SMI is informed and believes that Defendants are aware of SMI's business activities in California and this District in Indian Gaming Casinos.

62. SMI is informed and believes that Defendants' sales of the Infringing Apps in California and this District are substantial.

## FIRST CLAIM FOR RELIEF

### (Trademark Infringement in Violation of 15 U.S.C. §1114 *et seq.*)

63. SMI realleges and incorporates by reference each and every allegation contained in the above paragraphs as if fully set forth herein.

64. Defendants are manufacturing, marketing, distributing, displaying and selling games and apps in interstate commerce bearing the same and/or confusingly similar imitations of SMI's LET IT RIDE, THREE CARD POKER, CASINO WAR and CARIBBEAN STUD marks.

65. Defendants' manufacturing, marketing, distribution, display and sale in commerce of confusingly similar games and apps bearing the same and/or confusingly similar imitations of SMI's LET IT RIDE, THREE CARD POKER, CASINO WAR and CARIBBEAN STUD marks, as described in this Complaint, is

Glaser Weil Fink Jacobs
Howard Avchen & Shapiro LLP

776478

1   likely to cause confusion, deception, and mistake by creating the false and misleading

2   impression that Defendants' products are manufactured, produced, distributed,

3   endorsed, sponsored, approved or licensed by SMI, or are associated or connected

4   with SMI.

5        66.    Defendants have used marks confusingly similar to SMI's federally

6   registered LET IT RIDE, THREE CARD POKER, CASINO WAR and

7   CARIBBEAN STUD marks in violation of 15 U.S.C. § 1114.  Defendants' activities

8   have caused and, unless enjoined by this Court, will continue to cause a likelihood of

9   confusion and deception of members of the trade and public, and additional injury to

10  SMI's goodwill and reputation as symbolized by the registered LET IT RIDE,

11  THREE CARD POKER, CASINO WAR and CARIBBEAN STUD marks, for which

12  SMI has no adequate remedy at law.

13       67.    Defendants' actions demonstrate an intentional, willful and malicious

14  intent to trade on the goodwill associated with SMI's federally registered LET IT

15  RIDE, THREE CARD POKER, CASINO WAR and CARIBBEAN STUD marks to

16  SMI's great and irreparable injury.

17       68.    Defendants have caused and are likely to continue causing substantial

18  injury to the public and to SMI, and SMI is entitled to injunctive relief and to recover

19  Defendants' profits, actual damages, enhanced profits and damages, costs and

20  reasonable attorneys' fees under 15 U.S.C. §§ 1114, 1116, and 1117.

21                     **SECOND CLAIM FOR RELIEF**

22       **(Federal Unfair Competition and False Designation of Origin in**

23                   **Violation of 15 U.S.C. §1125)**

24       69.    SMI realleges and incorporates by reference each and every allegation

25  contained in the above paragraphs as if fully set forth herein.

26       70.    Defendants' use, offer for sale and sale of confusingly similar imitations

27  of SMI's LET IT RIDE, THREE CARD POKER, CASINO WAR, CARIBBEAN

28  STUD and PAIR PLUS common law marks, as described in this Complaint, has

Glaser Weil Fink Jacobs
Howard Avchen & Shapiro LLP

1  caused and is likely to cause confusion, deception and mistake by creating the false
2  and misleading impression that the Infringing Apps are manufactured or distributed
3  by SMI, are affiliated, connected, or associated with SMI, or have sponsorship,
4  endorsement or approval of SMI.

5  71.  Defendants have made false representations, false descriptions and false
6  designations of SMI's goods in violation of 15 U.S.C. § 1125(a).  Defendants'
7  activities have caused and, unless enjoined by this Court, will continue to cause a
8  likelihood of confusion and deception of members of the trade and public, as well as
9  injury to SMI's goodwill and reputation as symbolized by the LET IT RIDE, THREE
10  CARD POKER, CASINO WAR, CARIBBEAN STUD and PAIR PLUS common
11  law trademarks, for which SMI has no adequate remedy at law.

12  72.  Defendants' actions demonstrate an intentional, willful and malicious
13  intent to trade on the goodwill associated with SMI's LET IT RIDE, THREE CARD
14  POKER, CASINO WAR, CARIBBEAN STUD and PAIR PLUS common law
15  trademarks, to the great and irreparable injury of SMI.

16  73.  Defendants' conduct has caused, and is likely to continue causing,
17  substantial injury to the public and to SMI.  SMI is entitled to injunctive relief and to
18  recover Defendants' profits, actual damages, enhanced profits and damages, costs and
19  reasonable attorneys' fees under 15 U.S.C. §§ 1125(a), 1116, and 1117.

20  **THIRD CLAIM FOR RELIEF**
21  **(Copyright Infringement in Violation of 17 U.S.C. §501)**

22  74.  SMI realleges and incorporates by reference each and every allegation
23  contained in the above paragraphs as if fully set forth herein.

24  75.  SMI is, and at all relevant times has been, the copyright owner, by way
25  of assignment, of the Let It Ride Logo; Three Card Poker featuring Pair Plus Game
26  Design and Layout; Casino War Logo; Casino War Game Design and Layout;
27  Caribbean Stud Poker Logo; and Caribbean Stud Poker Game Design and Layout.
28  SMI owns rights under the Copyright Act to the Let It Ride Logo; Three Card Poker

Glaser Weil Fink Jacobs
Howard Avchen & Shapiro LLP

776478

1  featuring Pair Plus Game Design and Layout; Casino War Logo; Casino War Game

2  Design and Layout; Caribbean Stud Poker Logo; and Caribbean Stud Poker Game

3  Design and Layout, including the right to reproduce, distribute and display them.  The

4  Let It Ride Logo; Three Card Poker featuring Pair Plus Game Design and Layout;

5  Casino War Logo; Casino War Game Design and Layout; Caribbean Stud Poker

6  Logo; and Caribbean Stud Poker Game Design and Layout are wholly original with

7  SMI and, as fixed in tangible media, are copyrightable subject matter under the

8  Copyright Act.

9       76.    SMI asserts that Defendants have copied, distributed, advertised and/or

10  sold and continue to copy, distribute, advertise and/or sell an unauthorized Let 'em

11  Ride game and app, which is substantially similar to and copies protected elements of

12  SMI's Let It Ride game, including the Let It Ride Logo; an unauthorized Poker Three

13  - Three Card Poker game and app, which is substantially similar to and copies

14  protected elements of SMI's Three Card Poker game, including the Three Card Poker

15  featuring Pair Plus Game Design and Layout; an unauthorized Card Wars game and

16  app, which is substantially similar to and copies protected elements of SMI's Casino

17  War game, including the Casino War Logo and the Casino War Game Design and

18  Layout; and an unauthorized Caribbean Poker game and app, which is substantially

19  similar to and copies protected elements of SMI's Caribbean Stud Bonus and

20  Caribbean Stud Poker games, including the Caribbean Stud Poker Logo and the

21  Caribbean Stud Poker Game Design and Layout.

22       77.    By engaging in this conduct, Defendants have acted in willful disregard

23  of laws protecting SMI's copyrights.  SMI has sustained and will continue to sustain

24  substantial damage to the value of its creative works, specifically including the Let It

25  Ride Logo; Three Card Poker featuring Pair Plus Game Design and Layout; Casino

26  War Logo; Casino War Game Design and Layout; Caribbean Stud Poker Logo; and

27  Caribbean Stud Poker Game Design and Layout.

28       78.    SMI has suffered and continues to suffer direct and actual damages as a

Glaser Weil Fink Jacobs
Howard Avchen & Shapiro LLP

776478

1   result of Defendants' infringing conduct.  SMI is entitled to recover statutory

2   damages or its actual damages as well as Defendants' profits generated from the

3   promotion, distribution, sale and offer for sale of Defendants' infringing products,

4   pursuant to 17 U.S.C. §504, as well as enhanced damages for willful infringement.

5        79.    SMI has no adequate remedy at law and has suffered and continues to

6   suffer irreparable harm and damage, including but not limited to lost sales and

7   business opportunities and damage to SMI's reputation and brand as a result of the

8   above-described acts. SMI is informed and believes, and upon that basis alleges that,

9   unless enjoined by the Court, Defendants' infringing activity will continue, with

10  attendant and irreparable harm to SMI. Accordingly, SMI seeks preliminary and

11  permanent injunctive relief pursuant to 17 U.S.C. § 502.

12       80.    By reason of the foregoing, SMI has incurred and will continue to incur

13  attorneys' fees and other costs in connection with the prosecution of its claims against

14  Defendants, which SMI is entitled to recover from Defendants pursuant to 17 U.S.C.

15  § 505.

16                      **FOURTH CLAIM FOR RELIEF**

17   **(California Statutory Unfair Competition in Violation of Cal. Bus. & Prof.**

18                              **Code §17200)**

19       81.    SMI realleges and incorporates by reference each and every allegation

20  contained in the above paragraphs as if fully set forth herein.

21       82.    Defendants' acts and practices, as alleged above, constitute unfair

22  competition in violation of Cal. Bus. & Prof. Code § 17200.  Defendants have

23  engaged in unlawful, unfair or fraudulent business practices within the meaning of

24  Cal. Bus. & Prof. Code §17200.

25       83.    Defendants intentionally incorporated distinctive and protected elements

26  from the SMI products into their Infringing Apps, as alleged above, to purposefully

27  trade off the goodwill and reputation of SMI and to confuse and deceive consumers

28  by creating the false and misleading impression that Defendants' products are

776478

Glaser Weil Fink Jacobs
Howard Avchen & Shapiro LLP

1  manufactured, produced, distributed, endorsed, sponsored, approved or licensed by

2  SMI, or are associated or connected with SMI.

3      84.    At least one or more of Defendants' business actions described herein

4  constitutes an unlawful, unfair or fraudulent business act or practice.

5      85.    Plaintiff is informed and believes that Defendants performed the acts

6  alleged herein for the purpose of injuring SMI. The acts alleged herein continue to

7  this day and present a threat to SMI, the general public, the trade and consumers.

8      86.    As a result of Defendants' wrongful acts, SMI has suffered and will

9  continue to suffer loss of income, profits and valuable business opportunities and, if

10 not preliminarily and permanently enjoined, Defendants will have unfairly derived

11 and will continue to unfairly derive income, profits and business opportunities as a

12 result of their wrongful acts.

13     87.    Pursuant to Cal. Bus. & Prof. Code § 17200, SMI seeks an order of this

14 Court preliminarily and permanently enjoining Defendants from continuing to engage

15 in the unlawful, unfair or fraudulent acts or practices set forth herein, as well as

16 restitution or disgorgement of any monies received by Defendants through such acts

17 or practices.

18                          **FIFTH CLAIM FOR RELIEF**

19                  **(California Common Law Unfair Competition)**

20     88.    SMI realleges and incorporates by reference each and every allegation

21 contained in the above paragraphs as if fully set forth herein.

22     89.    Defendants intended to use SMI's LET IT RIDE, THREE CARD

23 POKER, CASINO WAR, CARIBBEAN STUD and PAIR PLUS marks, or

24 confusingly similar imitations thereof, in a manner which is likely to confuse and

25 mislead members of the relevant public as to the origin, sponsorship, approval or

26 license of Defendants' products and as to the false association of said products with

27 SMI.  Defendants' conduct as alleged herein was intended to confuse and mislead

28 members of the public, and members of the public will believe that SMI sponsored,

Glaser Weil Fink Jacobs
Howard Avchen & Shapiro LLP

776478

1  approved or is affiliated with Defendants and that SMI originated, approved or

2  licensed Defendants' products.

3      90.   Defendants' conduct alleged herein infringes SMI's LET IT RIDE,

4  THREE CARD POKER, CASINO WAR, CARIBBEAN STUD and PAIR PLUS

5  trademark rights and constitutes passing off and common law unfair competition with

6  SMI, all of which has damaged and will continue to irreparably damage SMI's

7  goodwill and reputation unless restrained by this Court, because SMI has no adequate

8  remedy at law.

9      91.   SMI has suffered and continues to suffer direct and actual damages as a

10  result of Defendants' infringing conduct, including but not limited to lost sales and

11  business opportunities and damage to SMI's reputation and its LET IT RIDE, THREE

12  CARD POKER, CASINO WAR, CARIBBEAN STUD and PAIR PLUS marks.  SMI

13  is entitled to recover its actual damages as well as Defendants' profits generated from

14  the promotion, distribution, sale and offer for sale of Defendants' infringing products.

15      92.   Because Defendants' conduct alleged herein has been intentional,

16  oppressive, malicious, fraudulent and in willful disregard of SMI's rights, SMI is also

17  entitled to recover punitive and exemplary damages.

18      93.   SMI has suffered, and if Defendants are not enjoined from their wrongful

19  acts of common law trademark infringement, passing off and unfair competition, will

20  continue to suffer great and irreparable injury, loss and damage to its rights in and to

21  its LET IT RIDE, THREE CARD POKER, CASINO WAR, CARIBBEAN STUD

22  and PAIR PLUS marks and the goodwill associated therewith for which it has no

23  adequate remedy at law.

## PRAYER FOR RELIEF

24

25      WHEREFORE, Shuffle Master, Inc. prays that:

26      1.   Defendants and all of their respective agents, officers, employees,

27  representatives, successors, assigns, attorneys, and all other persons acting for, with,

28  by, through or under authority from Defendants, or in concert or participation with

Glaser Weil Fink Jacobs
Howard Avchen & Shapiro LLP

22

776478

1   Defendants, and each of them, be enjoined preliminarily and permanently, from

2   directly or indirectly infringing SMI's copyrights or trademarks in any manner

3   including but not limited to:

4         a.  Using, displaying, advertising, promoting, registering, transferring, or

5             assigning, including on or in connection with any products, services,

6             promotional items, domain names or web sites, the Let It Ride game,

7             the Three Card Poker featuring Pair Plus game, the Casino War game,

8             the Caribbean Stud Bonus game, the Caribbean Stud Poker game, the

9             LET IT RIDE, THREE CARD POKER, CASINO WAR,

10            CARIBBEAN STUD and PAIR PLUS marks, the Let It Ride Logo,

11            the Three Card Poker featuring Pair Plus Game Design and Layout,

12            the Casino War Logo, the Casino War Game Design and Layout, the

13            Caribbean Stud Poker Logo, the Caribbean Stud Poker Game Design

14            and Layout or any confusingly similar variation thereof;

15        b.  Using, offering for sale, or selling, any trademark, logo, design,

16            layout or source designation of any kind on or in connection with

17            Defendants' goods that is likely to cause confusion, mistake,

18            deception, or public misunderstanding that such goods are produced

19            or provided by SMI, are sponsored or authorized by SMI, or are in

20            any way connected or related to SMI;

21        c.  Using, offering for sale, or selling, any trademark, logo, design,

22            layout or source designation of any kind on or in connection with

23            Defendants' goods that dilutes or is likely to dilute the distinctiveness

24            of the trademarks or logos of SMI; and

25        d.  Passing off, palming off, or assisting in passing off or palming off

26            Defendants' goods as those of SMI, or otherwise continuing any and

27            all acts of unfair competition as alleged in this Complaint;

28        e.  Reproducing, distributing, displaying, selling or offering for sale

Glaser Weil Fink Jacobs
Howard Avchen & Shapiro LLP

products that copy protected elements of SMI's products, the Let It Ride Logo, the Three Card Poker featuring Pair Plus Game Design and Layout, the Casino War Logo, the Casino War Game Design and Layout, the Caribbean Stud Poker Logo, the Caribbean Stud Poker Game Design and Layout or substantially similar variations thereof;

    f.  Engaging in acts of Federal or California statutory or common law trademark infringement, copyright infringement, passing off or unfair competition that would damage or injure SMI and or SMI's trademarks, logos and proprietary designs.

2. Defendants be ordered to cease offering for sale, marketing, promoting, and selling, to remove from stores and websites all products bearing SMI's LET IT RIDE, THREE CARD POKER, CASINO WAR, CARIBBEAN STUD and PAIR PLUS marks, the Let It Ride Logo, the Three Card Poker featuring Pair Plus Game Design and Layout, the Casino War Logo, the Casino War Game Design and Layout, the Caribbean Stud Poker Logo, and the Caribbean Stud Poker Game Design and Layout or any confusingly similar variation, which are in Defendants' possession or have been supplied by Defendants or under their authority, to any store or customer, including, but not limited to, any wholesaler, distributor, distribution center, retail store, consignor, or marketer, and also to deliver to each such store or customer a copy of this Court's order as it relates to said injunctive relief against Defendants;

3. Defendants be ordered to deliver up for impoundment and for destruction, all games, apps, bags, boxes, labels, tags, signs, packages, receptacles, advertising, sample books, promotional material, stationary, or other materials in the possession, custody, or under the control of Defendants bearing SMI's trademarks, copyrights or any colorable imitation thereof;

4. Defendants be compelled to account to SMI for any and all profits derived by Defendants from the sale or distribution of infringing goods as described in this Complaint;

Glaser Weil Fink Jacobs
Howard Avchen & Shapiro LLP

1    5.    That the Court find Defendants' acts of trademark infringement and

2  unfair competition to be knowing and willful, and an exceptional case within the

3  meaning of 15 U.S.C. § 1117 and 15 U.S.C. §504;

4    6.    That, as to all claims, SMI be awarded damages, including its actual

5  damages (or statutory damages for certain acts of copyright infringement, if SMI so

6  elects), Defendants' profits, treble and punitive damages, as well as its attorneys' fees

7  and costs, in an amount to be ascertained pursuant to applicable laws, including,

8  without limitation, 15 U.S.C. §1117, 15 U.S.C. §504 and California law; and

9    7.    SMI have such other and further relief as the Court may deem just.

11  DATED:  August 28, 2012          GLASER WEIL FINK JACOBS
12                                    HOWARD AVCHEN & SHAPIRO LLP

14                                  By: _Erin J. Van Loon_
15                                    ADRIAN M. PRUETZ
                                      ERICA J. VAN LOON
16                                    JESSICA A. WOOD
                                      Attorneys for Plaintiff
17                                    Shuffle Master, Inc.

776478

## JURY TRIAL DEMAND

In accordance with Rule 38 of the Federal Rules of Civil Procedure and L.R. 38-1, SMI respectfully demands a trial by jury on all issues and claims so triable.

DATED:  August 28, 2012

GLASER WEIL FINK JACOBS
HOWARD AVCHEN & SHAPIRO LLP

By: _____
ADRIAN M. PRUETZ
ERICA J. VAN LOON
JESSICA A. WOOD
Attorneys for Plaintiff
Shuffle Master, Inc.

776478

# EXHIBIT 1

Int. Cl.: 41

Prior U.S. Cl.: 107

**United States Patent and Trademark Office**

Reg. No. 1,840,102
Registered June 14, 1994

## SERVICE MARK
### PRINCIPAL REGISTER

# LET IT RIDE

SHUFFLE MASTER, INC. (MINNESOTA COR-
    PORATION)
10921 VALLEY VIEW ROAD
EDEN PRAIRIE, MN 55344

FOR: ENTERTAINMENT SERVICES;
NAMELY, PROVIDING FACILITIES AND RE-
SOURCES, INCLUDING INSTRUCTIONS, FOR

PLAYING CARD GAMES, IN CLASS 41 (U.S.
CL. 107).
    FIRST USE 6–7–1993; IN COMMERCE
6–7–1993.

    SN 74–343,652, FILED 12–28–1992.

ELIZABETH A. DUNN, EXAMINING ATTOR-
NEY

EXHIBIT 2

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36 and 38

Reg. No. 2,178,254

## United States Patent and Trademark Office

Registered Aug. 4, 1998

### TRADEMARK
### PRINCIPAL REGISTER

## LET IT RIDE

SHUFFLE MASTER, INC. (MINNESOTA COR-
PORATION)
10901 VALLEY VIEW ROAD
EDEN PRAIRIE, MN 55344

FOR: COMPUTER SOFTWARE FOR PLAY-
ING GAMES; AND VIDEO GAME DISCS RE-
CORDED ON CD ROM, IN CLASS 9 (U.S. CLS.
21, 23, 26, 36 AND 38).

FIRST USE 11–21–1995; IN COMMERCE
11–21–1995.
OWNER OF U.S. REG. NOS. 1,840,102 AND
2,100,875.

SER. NO. 75-298,429, FILED 5-23-1997.

ELISSA GARBER KON, EXAMINING ATTOR-
NEY

EXHIBIT 3

Int. Cl.: 41

Prior U.S. Cls.: 100, 101 and 107

## United States Patent and Trademark Office

Reg. No. 2,183,895

Registered Aug. 25, 1998

### SERVICE MARK
### PRINCIPAL REGISTER

## LET IT RIDE

SHUFFLE MASTER, INC. (MINNESOTA COR-
PORATION)
10901 VALLEY VIEW ROAD
EDEN PRAIRIE, MN 55344

FOR: ENTERTAINMENT SERVICES,
NAMELY, CONDUCTING GAMES OF
CHANCE ON CASINO PREMISES, IN CLASS 41
(U.S. CLS. 100, 101 AND 107).

FIRST USE 6-7-1993; IN COMMERCE
6-7-1993.
OWNER OF U.S. REG. NOS. 1,840,102 AND
2,100,875.

SER. NO. 75-318,481, FILED 6-27-1997.

ELISSA GARBER KON, EXAMINING ATTOR-
NEY

<u>**EXHIBIT 4**</u>

Int. Cl.: 28

Prior U.S. Cls.: 22, 23, 38, and 50

## United States Patent and Trademark Office

Reg. No. 2,605,107
Registered Aug. 6, 2002

## TRADEMARK
### PRINCIPAL REGISTER

---

## LET IT RIDE

---

SHUFFLE MASTER, INC. (MINNESOTA COR-
PORATION)
1106 PALMS AIRPORT DRIVE
LAS VEGAS, NV 89119

FOR: LOTTERY TICKETS AND GAME TICKETS
FOR PLAYING INSTANT GAMES OF CHANCE, IN
CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 2-1-2002; IN COMMERCE 2-1-2002.

OWNER OF U.S. REG. NOS. 1,840,102, 2,206,795,
AND OTHERS.

SN 75-529,194, FILED 7-31-1998.

ELISSA GARBER KON, EXAMINING ATTORNEY

## EXHIBIT 5

Int. Cl.: 41

Prior U.S. Cls.: 100, 101 and 107

**United States Patent and Trademark Office**

Reg. No. 2,182,290

Registered Aug. 18, 1998

## SERVICE MARK
## PRINCIPAL REGISTER



SHUFFLE MASTER, INC. (MINNESOTA COR-
PORATION)
10901 VALLEY VIEW ROAD
EDEN PRAIRIE, MN 55344

FOR: ENTERTAINMENT SERVICES,
NAMELY, CONDUCTING GAMES OF
CHANCE ON CASINO PREMISES, IN CLASS 41
(U.S. CLS. 100, 101 AND 107).

FIRST USE 6–7–1993; IN COMMERCE
6–7–1993.
OWNER OF U.S. REG. NOS. 1,840,102 AND
2,100,875.

SER. NO. 75–318,479, FILED 6–27–1997.

ELISSA GARBER KON, EXAMINING ATTOR-
NEY

## EXHIBIT 6

Int. Cl.: 41

Prior U.S. Cls.: 100, 101 and 107

**United States Patent and Trademark Office**

Reg. No. 2,558,783
Registered Apr. 9, 2002

### SERVICE MARK
### PRINCIPAL REGISTER



SHUFFLE MASTER, INC. (MINNESOTA COR-
PORATION)
10901 VALLEY VIEW ROAD
EDEN PRAIRIE, MN 55344

FOR: ENTERTAINMENT SERVICES, NAMELY,
CONDUCTING GAMES OF CHANCE ON CASINO
PREMISES, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 5-21-1997; IN COMMERCE 5-21-1997.

OWNER OF U.S. REG. NOS. 1,840,102, 2,380,320
AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE "BONUS", APART FROM THE
MARK AS SHOWN.

SER. NO. 76-289,205, FILED 7-23-2001.

EDWARD TIMBERLAKE, EXAMINING ATTOR-
NEY

## EXHIBIT 7

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36 and 38

**United States Patent and Trademark Office**

Reg. No. 3,630,813
Registered June 2, 2009

## TRADEMARK
### PRINCIPAL REGISTER



SHUFFLE MASTER, INC. (MINNESOTA COR-PORATION)
1106 PALMS AIRPORT DRIVE
LAS VEGAS, NV 89119

FOR: GAMBLING MACHINES, NAMELY, STAND ALONE, MULTIPLE PLAYER, INTERAC-TIVE GAMING MACHINES WITH VIDEO OUTPUT, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 6-28-2005; IN COMMERCE 6-28-2005.

OWNER OF U.S. REG. NOS. 2,100,875, 2,558,783 AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "BONUS", APART FROM THE MARK AS SHOWN.

THE MARK CONSISTS OF THE WORDING "LET IT RIDE" SET INSIDE AN OVAL, PLACED ABOVE A SMALLER OVAL CONTAINING THE WORDING "BONUS" AND BELOW THREE SMALL CIRCLES FEATURING THE NUMBERS "1" AND "2" AND THE DOLLAR SYMBOL, ALL SUPERIMPOSED OVER A STYLIZED DEPICTION OF FIVE PLAYING CARDS, SPECIFICALLY THE ACE, KING, QUEEN, JACK AND TEN OF CLUBS.

SER. NO. 77-599,844, FILED 10-24-2008.

MICHAEL GAAFAR, EXAMINING ATTORNEY

## EXHIBIT 8

Int. Cl.: 41

Prior U.S. Cls.: 100, 101 and 107

**United States Patent and Trademark Office**

Reg. No. 2,100,875

Registered Sep. 30, 1997

## SERVICE MARK
### PRINCIPAL REGISTER



SHUFFLE MASTER, INC. (MINNESOTA COR-
PORATION)
10921 VALLEY VIEW ROAD
EDEN PRAIRIE, MN 55344

FOR: ENTERTAINMENT SERVICES,
NAMELY, PROMOTING, ARRANGING AND
PROVIDING FACILITIES FOR CARD GAME
PLAY-OFF EVENTS, IN CLASS 41 (U.S. CLS.
100, 101 AND 107).
FIRST USE 5-31-1995; IN COMMERCE
5-31-1995.
OWNER OF U.S. REG. NO. 1,840,102.

NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE "TOURNAMENT" AND THE
SPECIFIC DENOMINATION OR PRESENCE OF
THE PLAYING CARDS, APART FROM THE
MARK AS SHOWN.
THE LINING AND STIPPLING ON THE
MARK IS FOR SHADING PURPOSES ONLY
AND DOES NOT INDICATE COLOR.

SER. NO. 75-066,898, FILED 3-4-1996.

SOPHIA F. KIM, EXAMINING ATTORNEY

## EXHIBIT 9

Int. Cl.: 28

Prior U.S. Cls.: 22, 23, 38 and 50

## United States Patent and Trademark Office

Reg. No. 3,011,356
Registered Nov. 1, 2005

## TRADEMARK
### PRINCIPAL REGISTER



SHUFFLE MASTER, INC. (MINNESOTA COR-
PORATION)
1106 PALMS AIRPORT DRIVE
LAS VEGAS, NV 891193730

FOR: MULTIPLE PLAYER, STAND ALONE IN-
TERACTIVE ELECTRONIC GAME MACHINE
WITH VIDEO OUTPUT, IN CLASS 28 (U.S. CLS. 22,
23, 38 AND 50).

FIRST USE 9-16-2003; IN COMMERCE 9-16-2003.

OWNER OF U.S. REG. NOS. 2,233,569, 2,917,863
AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE "THREE CARD POKER", APART
FROM THE MARK AS SHOWN.

SER. NO. 78-481,913, FILED 9-10-2004.

ALEX KEAM, EXAMINING ATTORNEY

**EXHIBIT 10**

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36, and 38

United States Patent and Trademark Office

Reg. No. 2,650,060
Registered Nov. 12, 2002

## TRADEMARK
### PRINCIPAL REGISTER



SHUFFLE MASTER, INC. (MINNESOTA COR-
PORATION)
10901 VALLEY VIEW ROAD
EDEN PRAIRIE, MN 55344

FOR: SOFTWARE FOR THE PLAY OF CARD
GAMES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 9-27-2000; IN COMMERCE 9-27-2000.

OWNER OF U.S. REG. NOS. 2,036,848 AND
2,233,569.

NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE "THREE CARD POKER", APART
FROM THE MARK AS SHOWN.

SN 75-982,062, FILED 4-1-1999.

ANNE MADDEN, EXAMINING ATTORNEY

EXHIBIT 11

# United States of America

## United States Patent and Trademark Office



**THREE CARD POKER**

---

**Reg. No. 4,109,825**

**Registered Mar. 6, 2012**

**Int. Cl.: 9**

**TRADEMARK**

**PRINCIPAL REGISTER**

SHUFFLE MASTER, INC. (MINNESOTA CORPORATION)
1106 PALMS AIRPORT DRIVE
LAS VEGAS, NV 89119

FOR: SOFTWARE FOR PROVIDING A GAME OF CHANCE ON A GAMING PLATFORM THAT ENABLES ELECTRONIC CREDIT WAGERING, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 11-15-2010; IN COMMERCE 11-15-2010.

OWNER OF U.S. REG. NOS. 2,233,569, 2,397,403, AND 2,650,060.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "THREE CARD POKER", APART FROM THE MARK AS SHOWN.

THE MARK CONSISTS OF THE OUTLINE OF THREE PLAYING CARDS WITH A DIAMOND DESIGN ON THE FACE OF EACH CARD WITH "THREE CARD POKER" UNDER THE PLAYING CARDS.

SN 85-177,369, FILED 11-15-2010.

JOHN DWYER, EXAMINING ATTORNEY



*David J. Kappos*

Director of the United States Patent and Trademark Office

EXHIBIT 12

Int. Cl.: 41

Prior U.S. Cls.: 100, 101 and 107

Reg. No. 2,397,403

**United States Patent and Trademark Office**     Registered Oct. 24, 2000

## SERVICE MARK
### PRINCIPAL REGISTER



SHUFFLE MASTER, INC. (MINNESOTA CORPORA-
TION)
1106 PALMS AIRPORT DRIVE
LAS VEGAS, NV 891193730

FOR: ENTERTAINMENT SERVICES; NAMELY
PROVIDING LIVE CASINO GAMES IN GAMING ES-
TABLISHMENTS, IN CLASS 41 (U.S. CLS. 100, 101
AND 107).
FIRST USE 9-0-1995; IN COMMERCE 9-0-1995.

OWNER OF U.S. REG. NOS. 2,036,848 AND
2,233,569.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT
TO USE "THREE CARD POKER", APART FROM
THE MARK AS SHOWN.

SER. NO. 75-726,664, FILED 6-11-1999.

ANNE MADDEN, EXAMINING ATTORNEY

**EXHIBIT 13**

Int. Cl.: 28

Prior U.S. Cls.: 22, 23, 38 and 50

**United States Patent and Trademark Office**

Reg. No. 2,233,569
Registered Mar. 23, 1999

**TRADEMARK**
**PRINCIPAL REGISTER**



WEBB, DEREK J. (UNITED KINGDOM CITI-ZEN)
21 ELGIN AVENUE
LITTLEOVER DERBY, GREAT BRITAIN DE23 7SE

FOR: PLAYING CARDS, LAYOUT CLOTH, AND INSTRUCTIONS SOLD AS A UNIT FOR PLAYING CASINO CARD GAMES, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 3–20–1995; IN COMMERCE 3–20–1995.

OWNER OF U.S. REG. NO. 2,036,848.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "THREE CARD POKER", APART FROM THE MARK AS SHOWN.

SER. NO. 75–344,769, FILED 8–21–1997.

KIMBERLY KREHELY, EXAMINING ATTOR-NEY

## EXHIBIT 14

Int. Cl.: 41

Prior U.S. Cls.: 100, 101 and 107

Reg. No. 2,395,326

**United States Patent and Trademark Office**

Registered Oct. 17, 2000

## SERVICE MARK
### PRINCIPAL REGISTER



SHUFFLE MASTER, INC. (MINNESOTA CORPORA-
TION)
10901 VALLEY VIEW ROAD
EDEN PRAIRIE, MN 55344

FOR: ENTERTAINMENT SERVICES; NAMELY
PROVIDING LIVE CASINO GAMES IN GAMING ES-
TABLISHMENTS, IN CLASS 41 (U.S. CLS. 100, 101
AND 107).

FIRST USE 9–0–1995; IN COMMERCE 9–0–1995.

OWNER OF U.S. REG. NOS. 2,036,848 AND
2,233,569.

SER. NO. 75–726,665, FILED 6–11–1999.

ANNE MADDEN, EXAMINING ATTORNEY

## EXHIBIT 15

Int. Cl.: 16

Prior U.S. Cls.: 2, 5, 22, 23, 29, 37, 38 and 50

Reg. No. 2,036,848

## United States Patent and Trademark Office

Registered Feb. 11, 1997

### TRADEMARK
#### PRINCIPAL REGISTER



WEBB, DEREK J. (UNITED KINGDOM CITI-
ZEN)
21 ELGIN AVE.
LITTLEOVER DERBY, GREAT BRITAIN DE23
7SE

FOR: CASINO CARD GAMES, IN CLASS 16
(U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 3–20–1995; IN COMMERCE
3–20–1995.
THE MARK CONSISTS, IN PART, OF A
STYLIZED REPRESENTATION OF PLAYING
CARDS.

SER. NO. 75–035,315, FILED 12–21–1995.

STEVEN R. FINE, EXAMINING ATTORNEY

**EXHIBIT 16**

Int. Cl.: 28

Prior U.S. Cl.: 22

Reg. No. 1,860,468

## United States Patent and Trademark Office

Registered Oct. 25, 1994

### TRADEMARK
### PRINCIPAL REGISTER

## CASINO WAR

BET TECHNOLOGY, INC. (NEVADA CORPO-
RATION)
2300 ARROWHEAD DRIVE
CARSON CITY, NV 89706

FOR: CARD GAME, IN CLASS 28 (U.S. CL.
22).

FIRST USE 11–19–1993; IN COMMERCE
11–19–1993.

SN 74–378,286, FILED 4–9–1993.

JEFFREY SMITH, EXAMINING ATTORNEY

**EXHIBIT 17**

# United States of America
## United States Patent and Trademark Office

## CARIBBEAN STUD BONUS

**Reg. No. 3,893,104**

**Registered Dec. 21, 2010**

**Int. Cl.: 41**

**SERVICE MARK**

**PRINCIPAL REGISTER**

SHUFFLE MASTER, INC (MINNESOTA CORPORATION)
1106 PALMS AIRPORT DRIVE
LAS VEGAS, NV 89119

FOR: ENTERTAINMENT SERVICES, NAMELY PROVIDING LIVE GAMES OF CHANCE IN GAMING ESTABLISHMENTS, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 11-17-2009; IN COMMERCE 11-17-2009.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 1,568,546, 3,325,210, AND 3,325,211.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "STUD", APART FROM THE MARK AS SHOWN.

SER. NO. 85-021,481, FILED 4-23-2010.

ELIZABETH KAJUBI, EXAMINING ATTORNEY



David J. Kappos

Director of the United States Patent and Trademark Office

**EXHIBIT 18**

Additional Certificate (17 U.S.C. )

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-754-553

**Effective date of registration:**

December 30, 2010

---

## Title

| | |
|---|---|
| **Title of Work:** | LET IT RIDE logo artwork |

## Completion/ Publication

| | | | |
|---|---|---|---|
| **Year of Completion:** | 1993 | | |
| **Date of 1st Publication:** | June 7, 1993 | **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| ■ **Author:** | Thomas Puckett Marketing, Advertising and Public Relations, Inc. |
| **Author Created:** | 2-D artwork |
| **Work made for hire:** | Yes |
| **Domiciled in:** | United States |

## Copyright claimant

| | |
|---|---|
| **Copyright Claimant:** | Shuffle Master, Inc. |
| | 1106 Palms Airport Drive, Las Vegas, NV, 89119, United States |
| **Transfer Statement:** | By written agreement |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Weide & Miller, Ltd. |
| **Telephone:** | 702-382-4804 |
| **Address:** | 7251 W. Lake Mead Blvd. |
| | Ste. 530 |
| | Las Vegas, NV 89128 United States |

## Certification

| | |
|---|---|
| **Name:** | Ryan Gile |
| **Date:** | December 30, 2010 |
| **Applicant's Tracking Number:** | SHUFLE.0158C / CR0279.ap.US |

Registration #:    VA0001754553

Service Request #:   1-541047852

Weide & Miller, Ltd.
Ryan Gile
7251 W Lake Mead Blvd.
Ste. 530
Las Vegas, NV 89128  United States



**EXHIBIT 19**

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

## VA 1-680-816

**Effective date of
registration:**

July 28, 2009

---

## Title

| | |
|---|---|
| Title of Work: | Three Card Poker |

## Completion/ Publication

| | | | |
|---|---|---|---|
| Year of Completion: | 1995 | | |
| Date of 1st Publication: | January 1, 1996 | Nation of 1st Publication: | United States |

## Author

| | |
|---|---|
| ■ Author: | Derek Webb |
| Author Created: | 2-D artwork |
| Citizen of: | United Kingdom |
| Year Born: | 1950 |

## Copyright claimant

| | |
|---|---|
| Copyright Claimant: | Shuffle Master, Inc. |
| | 1106 Palms Airport Drive, Las Vegas, NV, 89119 |
| Transfer Statement: | By written agreement |

## Rights and Permissions

| | | | |
|---|---|---|---|
| Organization Name: | Weide & Miller, Ltd. | | |
| Name: | Ryan Gile | | |
| Email: | rgile@weidemiller.com | Telephone: | 702-382-4804 |
| Address: | 7251 W. Lake Mead Blvd. | | |
| | Ste. 530 | | |
| | Las Vegas, NV 89128 | | |

## Certification

| | |
|---|---|
| Name: | Ryan Gile |
| Date: | July 28, 2009 |
| Applicant's Tracking Number: | SHUFLE.0113C |

Page 1 of 2



**EXHIBIT 20**

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-687-388

**Effective date of registration:**

September 28, 2009

---

## Title

**Title of Work:** CASINO WAR logo artwork

## Completion/ Publication

**Year of Completion:** 1994

**Date of 1st Publication:** September 16, 1994     **Nation of 1st Publication:** United States

## Author

■   **Author:** Promotional Design Graphics, LLC

**Author Created:** 2-D artwork

**Work made for hire:** Yes

**Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Shuffle Master, Inc.

1106 Palms Airport Drive, Las Vegas, NV, 89119, United States

**Transfer Statement:** By written agreement

## Rights and Permissions

**Organization Name:** Weide & Miller, Ltd.

**Telephone:** 702-382-4804

**Address:** 7251 W. Lake Mead Blvd.

Ste. 530

Las Vegas, NV 89128  United States

## Certification

**Name:** Ryan Gile

**Date:** September 28, 2009

**Applicant's Tracking Number:** SHUFLE.0136C / CR0276.ap.US



**EXHIBIT 21**

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-687-394

**Effective date of registration:**

September 28, 2009

---

## Title

**Title of Work:** CASINO WAR layout design

## Completion/ Publication

**Year of Completion:** 2000

**Date of 1st Publication:** April 22, 2000     **Nation of 1st Publication:** United States

## Author

■ **Author:** Promotional Design Graphics, LLC

**Author Created:** 2-D artwork

**Work made for hire:** Yes

**Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Shuffle Master, Inc.

1106 Palms Airport Drive, Las Vegas, NV, 89119, United States

**Transfer Statement:** By written agreement

## Rights and Permissions

**Organization Name:** Weide & Miller, Ltd.

**Telephone:** 702-382-4804

**Address:** 7251 W. Lake Mead Blvd.

Ste. 530

Las Vegas, NV 89128  United States

## Certification

**Name:** Ryan Gile

**Date:** September 28, 2009

**Applicant's Tracking Number:** SHUFLE.0112C / CR0269.ap.US



**EXHIBIT 22**

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, United States Code,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-724-316

**Effective date of
registration:**

June 24, 2010

---

## Title

**Title of Work:** CARIBBEAN STUD POKER logo artwork

## Completion/Publication

**Year of Completion:** 2000

**Date of 1st Publication:** November 17, 2000 **Nation of 1st Publication:** United States

## Author

■ **Author:** Mikohn Gaming Corporation

**Author Created:** 2-D artwork

**Work made for hire:** Yes

**Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Shuffle Master, Inc.

1106 Palms Airport Drive, Las Vegas, NV, 89119, United States

**Transfer Statement:** By written agreement

## Rights and Permissions

**Organization Name:** Weide & Miller, Ltd.

**Telephone:** 702-382-4804

**Address:** 7251 W. Lake Mead Blvd.

Ste. 530

Las Vegas, NV 89128 United States

## Certification

**Name:** Ryan Gile

**Date:** June 24, 2010

**Applicant's Tracking Number:** SHUFLE.0146C / CR0300.ap.US

**Registration #:**   VA0001724316

**Service Request #:**   1-429988596



Weide & Miller, Ltd.
Ryan Gile
7251 W. Lake Mead Blvd.
Ste. 530
Las Vegas, NV 89128 United States



**EXHIBIT 23**

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-716-125

**Effective date of
registration:**

May 24, 2010

---

## Title

Title of Work: CARIBBEAN STUD POKER layout design

## Completion/Publication

Year of Completion: 2000

Date of 1st Publication: November 17, 2000     Nation of 1st Publication: United States

## Author

- Author: Mikohn Gaming Corporation

Author Created: 2-D artwork

Work made for hire: Yes

Domiciled in: United States

## Copyright claimant

Copyright Claimant: Shuffle Master, Inc.

1106 Palms Airport Drive, Las Vegas, NV, 89119, United States

Transfer Statement: By written agreement

## Limitation of copyright claim

Material excluded from this claim: 2-D artwork

Previous registration and year: VA0000301075   1988

New material included in claim: 2-D artwork

## Rights and Permissions

Organization Name: Weide & Miller, Ltd.

Telephone: 702-382-4804

Address: 7251 W. Lake Mead Blvd.

Ste. 530

Las Vegas, NV 89128 United States

RECEIVED
JUN 14 2010
SHUFFLE MASTER, INC.

## Certification

Name:   Ryan Gile

Date:   May 24, 2010

Applicant's Tracking Number:   SHUFLE.0140C / CR0290.ap.US

Correspondence:   Yes

Registration #:   VA0001716125

Service Request #:   1-407757392

Weide & Miller, Ltd.
Ryan Gile
7251 W. Lake Mead Blvd.
Ste. 530
Las Vegas, NV 89128  United States



**EXHIBIT 24**



**Language Support:**
English

**Your Location:**
California

» edit your preferences

Home
Online Slots
Online Casinos
Online Poker
Online Bingo
Backgammon
Mahjong & Rummy
Skill Games
Lotteries
Sportsbooks
Betting Exchanges
Spread Betting
Binary Options
Live Dealers
Exclusive Bonuses
Weekly Newsletter
Online Gaming News
Payment Methods
Gaming Software
Gaming Site Owners
Gaming Jurisdictions



*Casino City's*
**iGAMING BUSINESS DIRECTORY**

**Casino City's Press**

## Viaden Gaming

Viaden Gaming is a gaming software vendor fully licensed by the Isle of Man Gambling Supervision Commission. The company is a cutting-edge online gambling software developer offering optimal online gambling solutions from development through to delivery and maintenance. Viaden Gaming offers a wide variety of incredible online imitations of the most popular casino and poker games. The game range includes card games, table games, slot machines, video pokers, roulettes, multi-player poker games and more. The online casino enables interactive casino gameplay in real-time.

The system supports gaming variants for both virtual and real money. All our games are compatible with touch-screen monitors and can be used for Internet café kiosk systems. The software is fully mobile: HTML5-based and iOS application-based.

**Sites** | Slots

Here are all 15 Viaden Gaming sites.

Show the 1 Viaden Gaming site that supports English and also accepts play from California. edit your preferences

Sort by: Popularity with Bonus Offers First          Listings Per Page: 25

1. **BigCasino**
   Software: Viaden Gaming
   Jurisdiction: Italy
   **BONUS:** First Deposit Bonus
   California not accepted.
   [VIEW DETAILS]

2. **Loaded Casino**
   Software: AliQuantum Gaming, IGT Interactive, Viaden Gaming
   Jurisdiction: Malta
   California not accepted.
   [VIEW DETAILS]

3. **Betcirca**
   Software: Aberrant, AliQuantum Gaming, Cozy Games, EnetPoker, IGT Interactive, Viaden Gaming
   Jurisdiction: Malta
   California not accepted.
   [VIEW DETAILS]

4. **Leo Vegas**
   Software: Microgaming, NetEnt, NextGen, Nyx, Viaden Gaming
   Jurisdiction: Netherlands Antilles
   Primary Language: Swedish
   [VIEW DETAILS]

5. **Juega Casino**
   Software: Viaden Gaming
   Jurisdiction: Venezuela
   Primary Language: Spanish
   California not accepted.
   English language not supported.
   [VIEW DETAILS]

6. **Cyber Club Casino**
   Software: Aberrant, AliQuantum Gaming, IGT Interactive, Viaden Gaming
   Jurisdiction: Malta
   California not accepted.
   [VIEW DETAILS]

7. **Casinover**
   Software: Viaden Gaming
   Jurisdiction: Isle of Man
   California not accepted.
   [VIEW DETAILS]

8. **Chaplin Games**
   Software: Stream2Play, Viaden Gaming
   Jurisdiction: Malta
   California not accepted.
   [VIEW DETAILS]

9. **Funtasia Gaming**
   Software: AliQuantum Gaming, Cozy Games, GGL, IGT Interactive, Play'n GO, Viaden Gaming
   Jurisdiction: Malta
   California not accepted.
   [VIEW DETAILS]

10. **Trada Casino**
    Software: Viaden Gaming
    Jurisdiction: Isle of Man
    California not accepted.
    [VIEW DETAILS]

11. **e-Casino365**
    Software: Viaden Gaming
    Jurisdiction: Costa Rica
    [VIEW DETAILS]

12. **Juega Poker**
    Software: Viaden Gaming
    Jurisdiction: Venezuela
    Primary Language: Spanish
    California not accepted.
    [VIEW DETAILS]

13. **Olympic Golds.com**
    Software: AliQuantum Gaming, Cozy Games, IGT Interactive, Viaden Gaming
    Jurisdiction: Malta
    California not accepted.
    [VIEW DETAILS]

14. **Viking Luck**
    Software: Viaden Gaming
    Jurisdiction: Malta
    [VIEW DETAILS]

### Featured Software Supplier

**Viaden Gaming Details**

Address
Viaden Gaming
Mogilevskaya Street
2-1, Office 1 220007
Minsk
Belarus

Website
www.viaden.com

Email
all@viaden.com

Business Offices
+375 29 699 66 77

Business Offices
+375 29 763 38 65

Business Offices
+375 44 530 79 78

Fax
+375 17 299 50 08

More Viaden Gaming details



Bonuses! New games! Gossip! And all the player news you can handle. Sign up NOW!

[enter email address]

View the current issue

**Viaden Gaming News**

**Leo Vegas Casino produces TV commercial with Al Pacino**
In connection with the launch of Scarface - The Casino Game, Leo Vegas had PAM Of Sweden produce a TV commercial that mixes scenes from the Scarface movie with the characteristic ambience of casino gaming.

**Viaden Gaming introduces new 3D slot**
The new video slot machine Magic Pot can be played at BigCasino.co.uk and features 3D animation and a variety of gambling options.

**Viaden Gaming unveils seven new casino games**
Viaden Gaming has launched five new online slot machines as well as a keno game and Golden Flush video poker.

**Viaden Media releases slots for iPhone**
The "Viaden Legend Slots" game is the first game from the Viaden Slots series for iPhone and iPod Touch.

**Viaden Media releases new slot games**
The casino software provider has added an extra 10 slot games to its package of over 35 games.

**Juega Poker Ya stops accepting US-based players**
In response to questions about the





California not accepted.

15  vikingautomatene.com
Software: Aberrant, AllQuantum Gaming, Cozy Games, Vladen Gaming
Jurisdiction: Malta
California not accepted.

Unlawful Internet Gambling Enforcement Act. Juega Poker Ya stated that it is no longer accepting players who are located in the United States.

Boss Media's official response to the Unlawful Internet Gambling Act

This is an official statement from Boss Media in response to the Unlawful Internet Gambling Act passed by the United States Congress on Friday, September 30.

View All Vladen Gaming News

About Us | Advertising | Publications | Land Casinos

Casino City is an independent directory and information service free of any gaming operator's control. Warning: You must ensure you meet all age and other regulatory requirements before entering a casino or placing a wager. There are hundreds of jurisdictions in the world with Internet access and hundreds of different games and gambling opportunities available on the Internet. Do not assume that Internet gaming sites are in compliance with the rules and regulations of every jurisdiction from which they accept players. YOU are responsible for determining if it is legal for YOU to play any particular game or place any particular wager under the laws of the jurisdiction where you are located.

Copyright © 1995-2012 Casino City, Inc. or its affiliates. Terms of Use | Privacy Policy

8/22/2012 9:29 PM

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge R. Gary Klausner and the assigned discovery Magistrate Judge is Stephen J. Hillman.

The case number on all documents filed with the Court should read as follows:

## CV12- 7399 RGK (SHx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

---

### NOTICE TO COUNSEL

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

[✓] **Western Division**
312 N. Spring St., Rm. G-8
Los Angeles, CA 90012

[ ] **Southern Division**
411 West Fourth St., Rm. 1-053
Santa Ana, CA 92701-4516

[ ] **Eastern Division**
3470 Twelfth St., Rm. 134
Riverside, CA 92501

Failure to file at the proper location will result in your documents being returned to you.

ADRIAN M. PRUETZ - State Bar No. 118215
apruetz@glaserweil.com
GLASER WEIL FINK JACOBS
   HOWARD AVCHEN & SHAPIRO LLP
10250 Constellation Boulevard, 19th Floor
Los Angeles, California 90067

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHUFFLE MASTER, INC., a Minnesota corporation, <br><br> PLAINTIFF(S) <br><br> v. <br><br> VIADEN GAMING LIMITED, a Minsk corporation, and ARAWELLA CORPORATION, an Illinois corporation, <br><br> DEFENDANT(S). | **CASE NUMBER** <br><br> CV12-07399-RGK(SHx) <br><br><br> **SUMMONS** |

TO:     DEFENDANT(S):

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff's attorney, _Adrian M. Pruetz_____, whose address is _10250 Constellation Blvd., 19th Floor, Los Angeles, California 90067_____. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: __8/28/2012__          By: _____
                                        Deputy Clerk

                                        *(Seal of the Court)*

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*



UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

| I (a) PLAINTIFFS (Check box if you are representing yourself ☐) SHUFFLE MASTER, INC., a Minnesota corporation | DEFENDANTS VIADEN GAMING LIMITED, a Minsk corporation, and ARAWELLA CORPORATION, an Illinois corporation |
|---|---|
| (b) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.) ADRIAN M. PRUETZ, GLASER WEIL, et al. 10250 Constellation Boulevard, 19th Floor Los Angeles, California 90067 Telephone: (310) 553-3000 | Attorneys (If Known) |

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff    ☑ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant    ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☑ 1 Original Proceeding    ☐ 2 Removed from State Court    ☐ 3 Remanded from Appellate Court    ☐ 4 Reinstated or Reopened    ☐ 5 Transferred from another district (specify):    ☐ 6 Multi-District Litigation    ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☑ Yes ☐ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☑ No    ☐ **MONEY DEMANDED IN COMPLAINT:** $ Damages according to proof

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
Trademark Infringement and Unfair Comp. (15 U.S.C. §§1114 & 1125, et seq.); Copyright Infringement (17 U.S.C. §101 et seq); Cal. Unfair Comp. (B&P §17200)

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 535 Death Penalty ☐ 540 Mandamus/ Other | |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | **BANKRUPTCY** | ☐ 550 Civil Rights | ☐ 740 Railway Labor Act |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 790 Other Labor Litigation |
| ☐ 480 Consumer Credit | ☐ 151 Medicare Act | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | **FORFEITURE / PENALTY** | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 490 Cable/Sat TV | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | ☐ 610 Agriculture | **PROPERTY RIGHTS** |
| ☐ 810 Selective Service | | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 620 Other Food & Drug | ☐ 820 Copyrights |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 362 Personal Injury-Med Malpractice | ☐ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 830 Patent ☑ 840 Trademark |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 365 Personal Injury-Product Liability | ☐ 443 Housing/Acco-mmodations | | **SOCIAL SECURITY** |
| ☐ 890 Other Statutory Actions | ☐ 190 Other Contract | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | | ☐ 445 American with Disabilities - Employment | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | **IMMIGRATION** | | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 893 Environmental Matters | **REAL PROPERTY** | ☐ 462 Naturalization Application | ☐ 446 American with Disabilities - Other | ☐ 660 Occupational Safety /Health | ☐ 864 SSID Title XVI |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | ☐ 463 Habeas Corpus-Alien Detainee | ☐ 440 Other Civil Rights | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 895 Freedom of Info. Act | ☐ 220 Foreclosure | ☐ 465 Other Immigration Actions | | | **FEDERAL TAX SUITS** |
| ☐ 900 Appeal of Fee Determi-nation Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment ☐ 240 Torts to Land | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 245 Tort Product Liability ☐ 290 All Other Real Property | | | | ☐ 871 IRS-Third Party 26 USC 7609 |

CV12-07399 -RGK (SHx)

**FOR OFFICE USE ONLY:**    Case Number: _____

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

VIII(a). IDENTICAL CASES: Has this action been previously filed in this court and dismissed, remanded or closed? ☑ No  ☐ Yes
If yes, list case number(s): _____

VIII(b). RELATED CASES: Have any cases been previously filed in this court that are related to the present case? ☑ No  ☐ Yes
If yes, list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:

(Check all boxes that apply)  ☐ A. Arise from the same or closely related transactions, happenings, or events; or
　　　　　　　　　　　　　　 ☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
　　　　　　　　　　　　　　 ☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
　　　　　　　　　　　　　　 ☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

IX. VENUE: (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.
☐　Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
|  | Clark County, Nevada (Shuffle Master, Inc.) |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.
☐　Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
|  | Minsk, Belarus (Viaden Gaming Limited)<br>Cook County, Illinois (Arawella Corporation) |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
　　Note: In land condemnation cases, use the location of the tract of land involved.

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles County |  |

* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved

X. SIGNATURE OF ATTORNEY (OR PRO PER): _____　Date August 28, 2012

Notice to Counsel/Parties: The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |