David M. Given (State Bar No. 142375)
PHILLIPS, ERLEWINE & GIVEN LLP
50 California Street, 35th Floor
San Francisco, California 94111
Telephone: (415) 398-0900
Facsimile: (415) 398-0911
dmg@phillaw.com

Attorneys for Defendants (Specially Appearing)

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHUFFLE MASTER, INC., a Minnesota corporation,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>VIADEN GAMING LIMITED, a Minsk corporation, and ARAWELLA CORPORATION, an Illinois corporation,<br><br>　　　　　Defendants. | Case No. CV-12-07399 (RGK)<br><br>**DEFENDANTS' OFFER OF JUDGMENT**<br>[Fed.R.Civ.P. 68] |

　　　　Defendants VIADEN MEDIA, LLC (incorrectly named and served as VIADEN GAMING LIMITED), a Belarus (Minsk) corporation, and ARAWELLA CORPORATION, an Illinois corporation (collectively, "defendants"), hereby offer to allow judgment against them in resolution of all issues contained in the complaint pursuant to Fed R. Civ. P. 68 on the following terms:

　　　　Plaintiff shall take judgment against defendants, jointly and severally, in the amount of $100,000, inclusive of all attorney's fees and costs now or hereafter incurred or accrued by plaintiff.

　　　　In addition to the foregoing, defendants shall submit to be permanently enjoined and restrained from the date of plaintiff's acceptance of this Offer and thereafter from

infringing the LET IT RIDE, THREE CARD POKER, CASINO WAR, CARIBBEAN STUD and PAIR PLUS marks, the Let It Ride Logo, the Three Card Poker featuring Pair Plus Game Design and Layout, the Casino War Logo, the Casino War Game Design and Layout, the Caribbean Stud Poker Logo, and the Caribbean Stud Poker Game Design and Layout (the foregoing capitalized terms shall take their respective meanings from paragraphs 18-37 and 40-45 of plaintiff's complaint and the attendant proofs of federal registration attached thereto) (collectively, the "Plaintiff's Intellectual Property") as follows:

    A.    Using, displaying, advertising, promoting, registering, licensing, transferring, or assigning, any of Plaintiff's Intellectual Property on or in connection with the following games: "Let 'em Ride," "Poker Three" (which includes a side bet entitled "Pair Plus"), "Card Wars," and "Caribbean Poker"(collectively, the "Infringing Games");

    B.    Using, offering for sale, selling, or licensing any of the trademarks embodied in Plaintiff's Intellectual Property on or in connection with the Infringing Games in a manner causing actual confusion, mistake, deception, or public misunderstanding that such games are produced or provided by plaintiff, are sponsored or authorized by plaintiff, or are in any way connected or related to plaintiff;

    C.    Using, offering for sale, selling, or licensing any of the trademarks embodied in Plaintiff's Intellectual Property on or in connection with the Infringing Games causing actual dilution of the distinctiveness of those trademarks;

    D.    Passing off or palming off the Infringing Games as those of plaintiff; and

    E.    Reproducing, distributing, displaying, selling, offering for sale or licensing the Infringing Games in a manner that copies protected elements of the copyrights embodied in Plaintiff's Intellectual Property in violation of U.S. law.

F. Notwithstanding anything to the contrary contained herein, with respect to the use, display, advertising or promotion of the Infringing Games via online software or any application sold or distributed via the internet, defendants shall only be restrained and enjoined in connection with any domain name or web site shown by clear and convincing evidence to be within defendants' actual and direct control.

In accordance with the foregoing, in the event this offer is accepted without condition within the statutory period, defendants shall waive any personal jurisdictional defense to the action and allow judgment to be entered in this Court against them as stated above; otherwise, these defenses shall be expressly reserved.

For the avoidance of doubt, the foregoing Offer is inclusive of all attorney's fees awardable by statute or otherwise and any claim for fees payable to expert witnesses or other costs now or hereafter incurred or accrued, and is otherwise in satisfaction of all claims for damages, costs, expenses, attorney's fees and interest in this action, and shall bear no interest. The foregoing Offer shall not be construed as an admission of wrongdoing of any kind by defendants.

Plaintiff may indicate acceptance of this offer by signing, or having its attorney sign, a separate written statement that the offer is accepted.

DATED: October 23, 2012          PHILLIPS, ERLEWINE & GIVEN LLP

By: _____
    David M. Given
    Attorneys for Defendants
    (Specially Appearing)

---

Defendants' Offer of Judgment – Case No. CV-12-07399 (RGK)

# PROOF OF SERVICE

I, the undersigned, declare that I am over the age of eighteen and not a party to this action. My business address is Phillips Erlewine & Given LLP, 50 California Street, 35th Floor, San Francisco, California 94111.

On the date below, at my place of business at San Francisco, California, a copy of the following document(s):

**DEFENDANTS' OFFER OF JUDGMENT** [Fed.R.Civ.P. 68]

was placed in a sealed envelope addressed to:

Erica J. Van Loon                                    *Attorneys for Plaintiff Shuffle Master Inc.*
Glaser, Weil, Fink, Jacobs, Howard, Avchen
    & Shapiro
10250 Constellation Boulevard, 19th Floor
Los Angeles, CA 90067
Email: evanloon@glaserweil.com
Telephone: 310-553-3000
Fax:          310-556-2920


[ ]   BY U.S. MAIL: I placed the above documents in a sealed envelope for deposit in the United States Postal Service, with first class postage fully prepaid, and that envelope was placed for collection and mailing on that date following ordinary business practices.

[ ]   BY FACSIMILE TRANSMISSION: I transmitted the above documents by facsimile transmission to the FAX telephone number listed for each party above and obtained confirmation of complete transmittal thereof.

[ ]   BY ELECTRONIC TRANSMISSION: I caused the above documents to be electronically transmitted to the parties listed above.

[x]   BY CAUSING PERSONAL SERVICE: I placed the above documents in a sealed envelope. I caused such envelope(s) to be given to our messenger service to be delivered by hand to the above address(es).

[ ]   BY PERSONAL SERVICE: I placed the above documents in a sealed envelope. I delivered each of said envelopes by hand to the above address(es).

[ ]   BY OVERNIGHT EXPRESS: I placed the above documents in a sealed envelope. I caused such envelope(s) to be delivered by Federal Express to the above address(es) by overnight express.

1.

PHILLIPS, ERLEWINE & GIVEN LLP
50 California Street
35th Floor
San Francisco, CA 94111
(415) 398-0900

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on October 23, 2012, at San Francisco, California.

_Rosemary A. Comisky Culiver_